PER CURIAM.

Julius Lucius Echeles and Carolyn Jaffe, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Marcia B. Orr, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. EDDIE L. POINTER, Defendant-Appellant.

(No. 60148;

First District (1st Division)—April 21, 1975.

PER CURIAM.
SIMON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner and Thomas F. Finegan, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Robert Handelsman, Assistant State's Attorneys, of counsel), for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* CHARLES DAVIS, Defendant-Appellee.

(Nos. 60881-82 cons.;

First District (5th Division)—April 25, 1975.